■ 142 GARTH ROAD OWNERS, INC., et al., Appellants, v JAMES P. DOODY, Individually and as Supervisor of the Town Board of the Town of Eastchester, et al., Respondents.—Appeal by the plaintiffs from stated portions of a judgment of the Supreme Court, Westchester County (Palella, J.), entered February 5, 1989.

Ordered that the judgment is affirmed insofar as appealed from, with costs, for reasons stated by Justice Palella at the

Supreme Court. Lawrence, J. P., Miller, Ritter and Copertino, JJ., concur.